# In the
# United States Bankruptcy Court
## For the Northern District of Illinois

| | |
|---|---|
| IN RE:<br><br>**DIONNA D. RICE**,<br><br>DEBTOR. | CASE NO. 18-08359<br>EASTERN DIVISION<br>CHAPTER 13<br><br>HON. JACK B. SCHMETTERER<br><br>HEARING DATE: NOV. 6, 2019<br>HEARING TIME: 10:30 A.M. |

# SECOND AMENDED
# NOTICE OF MOTION

    **PLEASE TAKE NOTICE**, that on **November 6, 2019** at **10:30 a.m.** the undersigned shall appear before the Honorable Jack B. Schmetterer or any other judge sitting in his stead, in Courtroom 682, at 219 S. Dearborn St., Chicago, Illinois, and then and there present the City of Chicago's *Motion to Annul the Stay,* a copy of which is appended to this notice.

DATED: OCTOBER 30, 2019

RESPECTFULLY SUBMITTED,

**THE CITY OF CHICAGO**

Mark Flessner
Corporation Counsel

By: /s/ Chuck King
Assistant Corporation Counsel

Chuck King
Assistant Corporation Counsel
**CITY OF CHICAGO, DEPARTMENT OF LAW**
Chicago City Hall
121 N LaSalle St., Ste. 400
Chicago, IL 60602
Tel:   (312) 742-0019
Email:  Chuck.King@cityofchicago.org

## CERTIFICATE OF SERVICE

I, Charles A. King, an attorney, hereby certify that on October 30, 2019, I caused copies of this Second Amended Notice Motion and the motion referenced herein to be served on the parties identified below in the manner indicated.

/s/ Charles A. King

## SERVICE LIST

**Registrants**
(Via CM/ECF)

- **Thomas G Stahulak**   tom@getfiled.com
- **Linda Taniguchi**   tom@getfiled.com
- **Tom Vaughn**   ecf@tvch13.net, ecfchi@gmail.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov

**All Creditors**
(Via first class U.S. Mail)

Jefferson Capital Systems LLC
P.O. Box 7999
Saint Cloud, MN  56302-7999

U.S. Department of Education
P.O. Box 16448
Saint Paul, MN 55116-0448

Acceptance Now
Attn: Bankruptcy
5501 Headquarters Dr.
Plano, TX 75024-5837

Adria Management
6950 S. Jeffery Blvd.
Chicago, IL 60649-1546

Afni, Inc.
Attn: Bankruptcy
P.O. Box 3097
Bloomington, IL 61702-3097

Autovest, LLC
P.O. Box 2247
Southfield, MI 48037-2247

CLA Enterprises, Inc.
RRCA Accounts Management, Inc.
201 East Third Street
Sterling, IL 61081-3611

Commonwealth Edison Company
Bankruptcy Department
1919 Swift Drive
Oakbrook Terrace, IL 60523-1502

Illinois Tollway
P.O. Box 5544
Chicago, IL 60680-5491

LJ Ross Associates
4 Universal Way
P.O. Box 6099
Jackson, MI 49204-6099

Pelican Auto Finance LLC
9444 Farnham St., Ste. 200
San Diego, CA 92123-1300

Illinois Secretary of State
Compliance Dept.
2701 S. Dirksen Pkwy.
Springfield, IL 62723-1000

Sprint Nextel Corp.
Attn.: Bankruptcy Dept.
P.O. Box 7949
Overland Park, KS 66207-0949

Westlake Financial Services
4751 Wilshire Blvd., Suite 100
Los Angeles, CA 90010-3847